UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,

　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　Case Number 07-12059-BC
v.　　　　　　　　　　　　　　　　　　　Honorable Thomas L. Ludington
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Charles E. Binder
EMMA S. ANDERSON, SHANNON
M. ANDERSON,

　　　　　　　Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DIRECTING DEFENDANT EMMA ANDERSON TO PROVIDE A MAILING
ADDRESS AND SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER**

　　　　This matter is before the Court on a report issued by Magistrate Judge Charles E. Binder on

July 30, 2008, recommending that the Court enter judgment in favor of Defendant Emma Anderson

and order disbursement of the funds on deposit with the Court to her. As of today's date, no party

has filed any objections to the magistrate judge's report and recommendation.

　　　　A failure to file objections to the report and recommendation waives any further right to

appeal. *See Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir.

1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its

duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the

Court agrees with the conclusion of the magistrate judge.

　　　　Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt

#12] is **ADOPTED** and that judgment will enter in favor of Defendant Emma Anderson and against

Defendant Shannon Anderson.

It is further **ORDERED** that Defendant Emma Anderson is **DIRECTED** to submit in writing

to the Court, on or by **September 19, 2008**, a statement identifying the following information: 1)

an address to which to send a check, and 2) the tax identification or social security number of Emma

Anderson.

> s/Thomas L. Ludington
> THOMAS L. LUDINGTON
> United States District Judge

Dated: August 28, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was electronically served on James E. Brenner, served on Emma Anderson at 621 S. Jefferson, #206, Junction City, KS, 66441-3798, by first class U.S. mail, and served on Shannon Anderson at 2303 Lowell Ave., Saginaw, MI, 48601, by first class U.S. mail.

Dated: August 28, 2008          s/Tracy A. Jacobs
                                 TRACY A. JACOBS